■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES J. MAHONEY v. HENRY J. NOBLE, as Warden of the Penitentiary of the City of New York, Rikers Island, et al.— Motion for an enlargement of time denied... The provisions of the Civil Practice Act, not the Code of Criminal Procedure, are applicable to this appeal. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK v. WALTER WHITE.— Motion to dispense with printing denied with leave to defendant to renew on proper papers containing an affidavit showing the exact financial status of defendant. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ TOMMY PRISCO v. LEE MAGID, Individually and Doing Business under the Names of LORNA MUSIC COMPANY and ALEXIS MUSIC, INC., et al.— Motion for a stay granted on the following conditions: (1) plaintiff, within 10 days after the entry of the order herein, shall execute a stipulation that should he ultimately succeed upon the appeal in this action he will not seek interest from defendant, Radio Corporation of America, on the royalties allegedly due from defendant, Radio Corporation of America; (2) plaintiff, within 10 days after the entry of the order herein, shall furnish a surety company bond in the amount of $1,000 to secure the defendants for costs and the stakeholder Radio Corporation of America for any additional interest charges; and (3) that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ MOLLIE MATZKIN v. HARRY RUDERMAN.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ CATHERINE R. HALLENBECK v. SIDNEY S. GREENBERG et al. SIDNEY S. GREENBERG v. JULES YABLOK et al.— Motion to dismiss appeals granted unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ CATHERINE R. HALLENBECK v. SIDNEY S. GREENBERG et al. SIDNEY S. GREENBERG v. JULES YABLOK et al.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.